**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND (PROVIDENCE)**

| | | |
|---|---|---|
| **TVL BROADCASTING, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **NO. CA-06-101** L |
| | § | |
| **CHARLES TREMAYNE, an Individual, CHARLES TREMAYNE, d/b/a GRANADA AMERICA, GRANADA INTERNATIONAL MEDIA, INC d/b/a GRANADA AMERICA, DISCOVERY COMMUNICATIONS, INC., and DISCOVERY TIMES CHANNEL, LLC,** | § § § § § | **JURY DEMANDED** |
| | | |
| **Defendants.** | | |

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff TVL Broadcasting, Inc. hereby moves that Carl C. Butzer be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Plaintiff TVL BROADCASTING, INC.
by its Attorneys,

Richard W. MacAdams, #1681
Denean M. Russo, #5043
MacADAMS & WIECK INC.
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700 - Telephone
(401) 454-8755 – Fax

DATED: 3/14/06

# ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of Texas (1988) and am licensed to practice before the United States District Courts for the Southern (1993, ID#16376), Northern (1989), Eastern (1998) and Western (2000) Districts of Texas, and the Fifth Circuit Court of Appeals (1992), and eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Carl C. Butzer
State of Texas Bar No. 03545900
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: 214-953-5902
Facsimile: 214-953-5822

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Richard W. MacAdams, #1681
Denean M. Russo, #5043
MacADAMS & WIECK INC.
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700 - Telephone
(401) 454-8755 - Fax

## ORDER

This motion is hereby______________________________________________

_______________________________
District Judge

4210280v.1