UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND (PROVIDENCE)

| | | |
|---|---|---|
| **TVL BROADCASTING, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **NO. CA-06-101** L |
| | § | |
| **CHARLES TREMAYNE, an Individual, CHARLES TREMAYNE, d/b/a GRANADA AMERICA, GRANADA INTERNATIONAL MEDIA, INC d/b/a GRANADA AMERICA, DISCOVERY COMMUNICATIONS, INC., and DISCOVERY TIMES CHANNEL, LLC,** | § | **JURY DEMANDED** |
| | § | |
| | § | |
| | § | |
| | § | |
| **Defendants.** | | |

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff TVL Broadcasting, Inc. hereby moves that Charles L. Babcock be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Plaintiff TVL BROADCASTING, INC.
by its Attorneys,

Richard W. MacAdams, #1681
Denean M. Russo, #5043
MacADAMS & WIECK INC.
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700 - Telephone
(401) 454-8755 – Fax

DATED: 3/14/06

# ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of Texas (1977) and am licensed to practice before the United States District courts for the Southern (1989, ID#10982), Northern (1977) and Eastern (1982) and Western (1981) Districts of Texas, the Fifth (1981), Sixth (2001), Ninth (1982), Tenth (1982) and Eleventh (2000) Circuits of the United States Court of Appeals and the United States Supreme Court (1980). I am a fellow of the American College of Trial Lawyers and a fellow of the International Academy of Trial Lawyers. My eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I am currently admitted and/or within the preceding 12 months have applied to be admitted, in the following cases in this District: *Albert L. Gray, Administrator of the Estate of Derek J. Gray, and on behalf of Jani L. Gray-McGill, minor child of the decedent, Derek J. Gray, et al. v. Jeffrey Derderian, et al.* (Civil Action No. 04-312L), *Henault, et al. v. American Foam Co., et al.* (Civil Action No. 03-483L), and related cases, before Judge Ronald R. Lagueux. I appeared before this Court on August 13, 2004.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Charles L. Babcock
State of Texas Bar No. 01479500
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: 713-752-4200
Facsimile: 713-752-4221

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Richard W. MacAdams, #1681
Denean M. Russo, #5043
MacADAMS & WIECK INC.
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700 - Telephone
(401) 454-8755 - Fax

**ORDER**

This motion is hereby____________________________________________

____________________________
District Judge

4210254v.1