AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

TVL Broadcasting, Inc.

V.

Charles Tremayne, an individual, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-101L

TO: (Name and address of Defendant)

Discovery Times Channel, LLC
c/o The Corporation Trust Incorporated
300 E. Lombard St.
Baltimore, MD

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard W. MacAdams
Denean M. Russo
MacAdams & Wieck Inc.
101 Dyer Street, Suite 400
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

3.7.06

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 03/16/06 @ 10:32 a.m. |
|---|---|
| NAME OF SERVER *(PRINT)* Andre S. Powell | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): Served upon Regina Lynch authorized to accept on behalf of Discovery Times Channel, LLC c/o The Corporation Trust, Inc. 300 E. Lombard Street, Baltimore, Maryland 21202
Discription: Black, Female, 5'8", 145lbs., S&P hair, and approximately 52yrs.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/16/06
Date

[signature]
Signature of Server Andre S. Powell

221 W. Joppa Rd
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

TVL Broadcasting, Inc.

V.

Charles Tremayne, an individual, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-101L

TO: (Name and address of Defendant)

Discovery Communications, Inc.
c/o The Corporation Trust Incorporated
300 E. Lombard St.
Baltimore, MD

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard W. MacAdams
Denean M. Russo
MacAdams & Wieck Inc.
101 Dyer Street, Suite 400
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 3.7.06

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3/16/06 @ 10:32 a.m. |
| NAME OF SERVER *(PRINT)* Andre S. Powell | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): Served upon Regina Lynch who was authorized to accept on behalf of Discovery Communications, Inc., c/o The Corporation Trust, Inc. Discription of person served: Black, Female, S&P Hair, 5'8", 145lbs., and approximately 52yrs.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 23, 2006
Date

[signature]
Signature of Server Andre S. Powell

221 W. Joppa Rd
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.