UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---------------------------------------------------------X

TVL BROADCASTING, INC. , Plaintiff(s),

-against-

CHARLES TREMAYNE, **ET AL.**, Defendant(s).

---------------------------------------------------------X

Case No. 06-101L

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
:
COUNTY OF NEW YORK )

STEVEN MITCHELL, being duly sworn, deposes and says that he is an agent of GUARANTEED EXPRESS, is over the age of eighteen years and is not a party to the action.

That on the 16th day of March, 2006, at approximately 1:40 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE; COMPLAINT and CIVIL COVER SHEET with ATTACHMENT;** upon Charles Tremayne d/b/a Granada America at 609 Greenwich Street, 9th Floor, New York, New York 10014 by personally delivering and leaving the same with Christopher Engelman, Associate Producer, who is a person of suitable age and discretion, at that address the actual place of business of the defendant. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.

Christopher Engelman is a white male, approximately 25-30 years of age, is approximately 6 feet tall, weighs approximately 165 pounds, with short dark brown hair.

That on the 20th day of March, 2006 deponent served another copy of the foregoing upon the defendant by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**Charles Tremayne**
**d/b/a Granada America**
**609 Greenwich Street, 9th Floor**
**New York, New York 10014**

STEVEN MITCHELL #1164011

Sworn to before me this
20th day of March, 2006

MICHAEL KEATING
**NOTARY PUBLIC, STATE OF NEW YORK**
**Reg. No. 01-KE-4851559**
**Qualified in New York County**
**Commission expires February 3, 2010**

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

--------------------------------------------------------X

TVL BROADCASTING, INC. ,
Plaintiff(s),

-against-

CHARLES TREMAYNE, **ET AL.**,
Defendant(s).

--------------------------------------------------------X

Case No. 06-101L

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
:
COUNTY OF NEW YORK )

STEVEN MITCHELL, being duly sworn, deposes and says that he is an agent of GUARANTEED EXPRESS, is over the age of eighteen years and is not a party to the action.

That on the 16th day of March, 2006, at approximately 1:40 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE; COMPLAINT and CIVIL COVER SHEET with ATTACHMENT;** upon Charles Tremayne d/b/a Granada America at 609 Greenwich Street, 9th Floor, New York, New York 10014 by personally delivering and leaving the same with Christopher Engelman, Associate Producer, who is a person of suitable age and discretion, at that address the actual place of business of the defendant. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.

Christopher Engelman is a white male, approximately 25-30 years of age, is approximately 6 feet tall, weighs approximately 165 pounds, with short dark brown hair.

That on the 20th day of March, 2006 deponent served another copy of the foregoing upon the defendant by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**Charles Tremayne**
**d/b/a Granada America**
**609 Greenwich Street, 9th Floor**
**New York, New York 10014**

Sworn to before me this
20th day of March, 2006

STEVEN MITCHELL #1164011

MICHAEL KEATING
**NOTARY PUBLIC, STATE OF NEW YORK**
**Reg. No. 01-KE-4851559**
**Qualified in New York County**
**Commission expires February 3, 2010**

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

-----------------------------------------------------------X

TVL BROADCASTING, INC. ,
Plaintiff(s),

Case No. 06-101L

-against-

CHARLES TREMAYNE, ET AL.,
Defendant(s).

**AFFIDAVIT OF SERVICE**

-----------------------------------------------------------X

STATE OF NEW YORK )
:
COUNTY OF NEW YORK )

JEFFREY FARRINGTON, being duly sworn, deposes and says that he is an agent of GUARANTEED EXPRESS, is over the age of eighteen years and is not a party to the action.

That on the 18th day of March, 2006, at approximately 10:37 a.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE; COMPLAINT and CIVIL COVER SHEET with ATTACHMENT;** upon Charles Tremayne at 77 Dearborn, Rye, New York by personally delivering and leaving the same with Charles Tremayne, at that address. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.

Charles Tremayne is a white male, approximately 45-50 years of age, is approximately 5 feet and 10 inches tall, weighs approximately 200 pounds, with short blond hair and blue eyes and was wearing glasses.

Sworn to before me this
20th day of March, 2006

JEFFREY FARRINGTON #1023758

MICHAEL KEATING
**NOTARY PUBLIC, STATE OF NEW YORK**
**Reg. No. 01-KE-4851559**
**Qualified in New York County**
**Commission expires February 3, 2010**

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>RICHARD W. MACADAMS, Bar #1681<br>MACADAMS & WIECK INC.<br>101 DYER STREET<br>SUITE 400<br>PROVIDENCE, RI 02903<br>*Telephone No:* 401-454-8700 *FAX No:* 401-454-8755<br>*Ref. No. or File No.:*<br>*Attorney for:* Plaintiff | *For Court Use Only* |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, For The District Of Rhode Island | |
| *Plaintiff:* TVL BROADCASTING, INC.<br>*Defendant:* CHARLES TREMAYNE, ETC., ET AL. | |

| **PROOF OF SERVICE SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 06-101L |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET.

3. a. *Party served:* GRANADA INTERNATIONAL MEDIA, INC. D/B/A GRANADA AMERICA
   b. *Person served:* GEROME JONES, PROCESS SPECIALIST, CT CORPORATION SYSTEMS, REGISTERED AGENT.

4. *Address where the party was served:* 818 WEST 7TH STREET
   LOS ANGELES, CA 90017

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Mar. 15, 2006 (2) at: 3:15PM

7. ***Person Who Served Papers:***
   a. DOUG FORREST
   **b. FIRST LEGAL SUPPORT SERVICES**
   1511 BEVERLY BOULEVARD
   LOS ANGELES, CA 90026
   c. (213) 250-1111, FAX (213) 250-1197

Recoverable Cost Per CCP 1033.5(a)(4)(B)

d. ***The Fee** for Service was:*
e. I am: (3) registered California process server
   *(i)* Owner
   *(ii) Registration No.:* 5141
   *(iii) County:* Los Angeles

8. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

Date:Mon, Mar. 20, 2006

**(DOUG FORREST)**

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

TVL Broadcasting, Inc.

V.

Charles Tremayne, an individual, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-101L

TO: (Name and address of Defendant)

Granada International Media, Inc. d/b/a Granada America
c/o C T Corporation System
818 West 7th Street
Los Angeles, CA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard W. MacAdams
Denean M. Russo
MacAdams & Wieck Inc.
101 Dyer Street, Suite 400
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 3.7.06

(By) DEPUTY CLERK