UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND (PROVIDENCE)

TVL BROADCASTING, INC.

Plaintiff,

*-against-*

CHARLES TREMAYNE, an Individual, CHARLES TREMAYNE, d/b/a GRANADA AMERICA, GRANADA INTERNATIONAL MEDIA, INC. d/b/a GRANADA AMERICA, DISCOVERY COMMUNICATIONS, INC., and DISCOVERY TIMES CHANNEL, LLC,

Defendants.

Case Number: 06 101 L

**STIPULATION AND ORDER EXTENDING TIME**

IT IS HEREBY STIPULATED AND ORDERED, by and between the undersigned attorneys for the parties, that defendants' time to serve an answer or to otherwise move in response to the complaint in the above-captioned matter is hereby extended up to and including April 25 , 2006.

Dated: Providence, Rhode Island
April 4, 2006

MacADAMS & WIECK INC.

By: [signature]
Richard W. MacAdams (#1681)
rmacadams@mandwlaw.com
101 Dyer Street, Suite 400
Providence, RI 02903
T(401) 454-8700
F(401) 454-8755
Attorneys for Plaintiff

VETTER & WHITE

By: [signature]
Gordon P. Cleary (#1948)
gcleary@vetterandwhite.com
20 Washington Place
Providence RI 02903
T(401) 421-3060
F(401) 272-6803

DAVIS WRIGHT TREMAINE LLP
1633 Broadway
New York, NY 10019
Phone (212) 489-8230

Attorneys for Defendants

SO ORDERED:

Ronald R. Lagueux
U.S.D.J. 4/5/06

NYC 167284v1 69462-8