UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND (PROVIDENCE)

| | | |
|---|---|---|
| **TVL BROADCASTING, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **NO. CA-06-101** L |
| | § | |
| **CHARLES TREMAYNE, an Individual, CHARLES TREMAYNE, d/b/a GRANADA AMERICA, GRANADA INTERNATIONAL MEDIA, INC d/b/a GRANADA AMERICA, DISCOVERY COMMUNICATIONS, INC., and DISCOVERY TIMES CHANNEL, LLC,** | § § § § § § | **JURY DEMANDED** |
| **Defendants.** | | |

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff TVL Broadcasting, Inc. hereby moves that Nancy W. Hamilton be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Plaintiff TVL BROADCASTING, INC.
by its Attorneys,

Richard W. MacAdams, #1681
Denean M. Russo, #5043
MacADAMS & WIECK INC.
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700 - Telephone
(401) 454-8755 – Fax

DATED: 3/14/06

Nancy W. Hamilton
State of Texas Bar No. 11587925
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: 713-752-4200
Facsimile: 713-752-4221

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel
Richard W. MacAdams, #1681
Denean M. Russo, #5043
MacADAMS & WIECK INC.
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700 - Telephone
(401) 454-8755 – Fax

**ORDER**

This motion is hereby GRANTED

Sr. District Judge 5/10/06

4209470v.1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND (PROVIDENCE)**

| | | |
|---|---|---|
| **TVL BROADCASTING, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **NO. CA-06-101** L |
| | § | |
| **CHARLES TREMAYNE, an Individual, CHARLES TREMAYNE, d/b/a GRANADA AMERICA, GRANADA INTERNATIONAL MEDIA, INC d/b/a GRANADA AMERICA, DISCOVERY COMMUNICATIONS, INC., and DISCOVERY TIMES CHANNEL, LLC,** | § § § § § | **JURY DEMANDED** |
| | | |
| **Defendants.** | | |

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff TVL Broadcasting, Inc. hereby moves that Charles L. Babcock be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Plaintiff TVL BROADCASTING, INC.
by its Attorneys,

Richard W. MacAdams, #1681
Denean M. Russo, #5043
MacADAMS & WIECK INC.
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700 - Telephone
(401) 454-8755 – Fax

DATED: 3/14/06

Charles L. Babcock
State of Texas Bar No. 01479500
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: 713-752-4200
Facsimile: 713-752-4221

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Richard W. MacAdams, #1681
Denean M. Russo, #5043
MacADAMS & WIECK INC.
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700 - Telephone
(401) 454-8755 - Fax

**ORDER**

This motion is hereby GRANTED

Sr. District Judge 5/10/06

4210254v.1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND (PROVIDENCE)**

| | | |
|---|---|---|
| **TVL BROADCASTING, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **NO. CA-06-101** L |
| | § | |
| **CHARLES TREMAYNE, an Individual, CHARLES TREMAYNE, d/b/a GRANADA AMERICA, GRANADA INTERNATIONAL MEDIA, INC d/b/a GRANADA AMERICA, DISCOVERY COMMUNICATIONS, INC., and DISCOVERY TIMES CHANNEL, LLC,** | § | **JURY DEMANDED** |
| | § | |
| | § | |
| | § | |
| | § | |

**Defendants.**

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff TVL Broadcasting, Inc. hereby moves that Carl C. Butzer be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Plaintiff TVL BROADCASTING, INC.
by its Attorneys,

Richard W. MacAdams, #1681
Denean M. Russo, #5043
MacADAMS & WIECK INC.
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700 - Telephone
(401) 454-8755 – Fax

DATED: 3/14/06

Carl C. Butzer
State of Texas Bar No. 03545900
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: 214-953-5902
Facsimile: 214-953-5822

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Richard W. MacAdams, #1681
Denean M. Russo, #5043
MacADAMS & WIECK INC.
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700 - Telephone
(401) 454-8755 - Fax

**ORDER**

This motion is hereby GRANTED

Sr District Judge 5/10/06

4210280v.1