UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TVL BROADCASTING, INC.,
Plaintiff

v.

CHARLES TREMAYNE, an Individual, CHARLES TREMAYNE, d/b/a GRANADA AMERICA, GRANADA INTERNATIONAL MEDIA, INC. d/b/a GRANADA AMERICA, DISCOVERY COMMUNICATIONS, INC., and DISCOVERY TIMES CHANNEL, LLC,
Defendants

C.A. No. 06 101 L

MOTION TO ENLARGE TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT

Defendants move under Local Rule Cv 29 for an enlargement, to June 5, 2006, of their time to answer or otherwise respond to the Complaint. Defendants respectfully represent that the parties are engaged in settlement negotiations, and have exchanged draft settlement agreements. The additional time requested will allow negotiations to continue. Defendants are authorized to represent that plaintiff has no objection to this motion.

Pursuant to Local Rule Cv 7(a), no separate memorandum need be filed with this motion.

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
gcleary@vetterandwhite.com

DAVIS WRIGHT TREMAINE LLP
1633 Broadway
New York, New York 10019
(212) 489-8230

Dated: May 11 , 2006

CERTIFICATE OF SERVICE

To:

Richard W. MacAdams, Esq.
MacAdams & Wieck, Inc.
101 Dyer Street – Suite 400
Providence, RI 02903

Charles L. Babcock, Esq.
Nancy W. Hamilton, Esq.
Jackson Walker L.L.P.
1401 McKinney – Suite 1900
Houston, TX 77010

Carl C. Butzer, Esq.
Jackson Walker L.L.P.
901 Main Street – Suite 6000
Dallas, TX 75202

I hereby certify that I served on the above-named counsel of record a copy of the within Motion To Enlarge Time To Answer or Otherwise Respond to Complaint by mailing first class mail, postage prepaid, on the 11th day of May, 2006.

Lisa A. Larivière