UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TVL BROADCASTING, INC.,
Plaintiff

v.

CHARLES TREMAYNE, an Individual, CHARLES TREMAYNE, d/b/a GRANADA AMERICA, GRANADA INTERNATIONAL MEDIA, INC. d/b/a GRANADA AMERICA, DISCOVERY COMMUNICATIONS, INC., and DISCOVERY TIMES CHANNEL, LLC,
Defendants

C.A. No. 06 101 L

MOTION TO ENLARGE TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT

Defendants move under Local Rule Cv 29(b) for an enlargement, to July 17, 2006, of their time to answer or otherwise respond to the Complaint. Defendants respectfully represent that the parties are engaged in settlement negotiations, and have exchanged draft settlement agreements. The additional time requested will allow negotiations to continue. Defendants are authorized to represent that plaintiff has no objection to this motion.

Pursuant to Local Rule Cv 7(a), no separate memorandum need be filed with this motion.

Granted:
Ronald R. Lagueux
SR. USDJ 7/12/06

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
gcleary@vetterandwhite.com

DAVIS WRIGHT TREMAINE LLP
1633 Broadway
New York, New York 10019
(212) 489-8230

Dated: July 7, 2006