UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND (PROVIDENCE)

RECEIVED
JUL 13 2006
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| **TVL BROADCASTING, INC.,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **NO. CA-06-101-L** |
| **CHARLES TREMAYNE, an Individual, CHARLES TREMAYNE, d/b/a GRANADA AMERICA, GRANADA INTERNATIONAL MEDIA, INC d/b/a GRANADA AMERICA, DISCOVERY COMMUNICATIONS, INC., and DISCOVERY TIMES CHANNEL, LLC,** | § | **JURY DEMANDED** |
| **Defendants.** | § | |

**DISMISSAL STIPULATION**

The parties in the above-captioned matter, pursuant to LR Cv 39.4 of the Local Rules of the United States District Court for the District of Rhode Island, hereby stipulate and agree to dismissal of the action with prejudice. Each party shall bear its own costs.

| | |
|---|---|
| TVL BROADCASTING, INC.<br><br>By its Attorneys,<br>[signature]<br>Richard W. MacAdams<br>MACADAMS & WIECK<br>101 Dyer Street, Suite 400<br>Providence, RI 02903<br>T: 401-454-8700<br>F: 401-454-8755<br><br>Date: 7/10/06 | CHARLES TREMAYNE, an Individual, CHARLES TREMAYNE, d/b/a GRANADA AMERICA, GRANADA INTERNATIONAL MEDIA, INC. d/b/a GRANADA AMERICA, DISCOVERY COMMUNICATIONS, INC. and DISCOVERY TIMES CHANNEL, LLC<br><br>By its Attorneys,<br>[signature]<br>Gordon P. Cleary<br>VETTER & WHITE<br>20 Washington Place<br>Providence, RI 02903<br>T: 401-421-3060<br>F: 401-272-6803<br><br>Date: 7/13/06 |

Enter: Ronald R. Lagueux
Sr. USDJ 7/13/06

CERTIFICATE OF SERVICE

To:

Richard W. MacAdams, Esq.
MacAdams & Wieck, Inc.
101 Dyer Street – Suite 400
Providence, RI 02903

Charles L. Babcock, Esq.
Nancy W. Hamilton, Esq.
Jackson Walker L.L.P.
1401 McKinney – Suite 1900
Houston, TX 77010

Carl C. Butzer, Esq.
Jackson Walker L.L.P.
901 Main Street – Suite 6000
Dallas, TX 75202

I hereby certify that I served on the above-named counsel of record a copy of the within Dismissal Stipulation by mailing first class mail, postage prepaid, on the 13th day of July, 2006.

Lisa A. Lariviere